# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JENNIFER GOODWIN,**

        Plaintiff,

v.                                Case No. 6:24-cv-530-JA-RMN

**UNITED AIRLINES, INC.,
FLAGSHIP AIRPORT
SERVICES, INC., and JSM
AIRPORT SERVICES, INC.,**

        Defendants.

---

## ORDER

Plaintiff and Defendant United Airlines, Inc. have filed a Stipulation of Voluntary Dismissal With Prejudice (Doc. 69), citing Federal Rule of Civil Procedure 41(a)(1)(A)(ii) as the basis for the Notice. That rule allows a plaintiff to dismiss an action without a court order by filing "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii).

But the Stipulation (Doc. 69) is signed only by Plaintiff and Defendant United Airlines, Inc. rather than "by all parties who have appeared" as required by Rule 41(a)(1)(A)(ii). *See Hardnett v. Equifax Info. Servs., LLC*, No. 21-13195, 2023 WL 2056285 (11th Cir. 2023); *see also City of Jacksonville v. Jacksonville Hosp. Holdings, L.P.*, 82 F.4th 1031 (11th Cir. 2023). Thus, the Stipulation is

not effective to dismiss Plaintiff's claims against United Airlines, Inc. All claims in this case remain pending.

**DONE** and **ORDERED** in Orlando, Florida, on June 26, 2025.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record